# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2013

## NO.  03-11-00368-CV

**Floyd Pleasant Tarvin IV, Appellant**

**v.**

**Texas Department of Criminal Justice, Appellee**

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that the trial court erred in overruling the appellant's motion to reinstate:  **IT IS THEREFORE** considered, adjudged and ordered that the trial court's overruling of the appellant's motion to reinstate is reversed, and the cause is remanded for an oral hearing on the motion.  It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.